[No. 2986-1.   Division One.   March 8, 1976.]

L. M. PRIMACK, INC., *Respondent*, v. MONTE CRISTO DEVEL-
OPERS, INC., *Defendant*, ANDREWS MACHINERY OF
. WASHINGTON, INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 114932, Dennis J. Britt, J., entered
April 8, 1974. *Affirmed* by unpublished opinion per Ander-
sen, J., concurred in by Farris and Swanson, JJ.

[No. 3487-1.   Division One.   March 8, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. IVORY CONLEY,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 68001, David W. Soukup, J., entered December
9, 1974. *Affirmed* by unpublished opinion per James, J.,
concurred in by Callow and Andersen, JJ.

[No. 3626-1.   Division One.   March 8, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES E.
MULLINS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 67864, Frank H. Roberts, Jr., J., entered Febru-
ary 14, 1975. *Affirmed* by unpublished opinion per Ander-
sen, J., concurred in by Williams, C.J., and Swanson, J.

[No. 3904-43645-1.   Division One.   March 8, 1976.]

ESTATE OF DEAN T. MOHLER, ET AL, *Respondents*, v. LOIS
MOHLER, *Petitioner*.

Certiorari to review a judgment of the Superior Court
for San Juan County, No. 2993, Howard A. Patrick, J.,
entered January 27, 1975. *Affirmed* by unpublished opinion
per Farris, J., concurred in by Swanson, J., Williams, C.J.,
dissenting. .